**ORDER DENIED**
The stay is terminated as against the debtor only.

Entered on Docket
August 23, 2010

_____
**Hon. Linda B Riegle
United States Bankruptcy Judge**

---

**WILDE & ASSOCIATES**
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road, Suite 300
Phoenix. Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank. N.A.
10-72913

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-23144-lbr |
|---|---|
| Jose J. Macias and Gloria Hernandez | Chapter 13 |
| Debtors | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor Wells Fargo Bank. N.A.. its assignees and/or successors in interest, of the subject property, generally described as 3965 blue Wave Drive. Las Vegas. NV 89115, and legally described as follows:

LOT FORTY-TWO (42) IN BLOCK TWO (2) OF LIFE'S A BEACH UNIT ONE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 70 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

IT IS SO ORDERED.

Dated this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**
By: /s/Gregory L. Wilde, Esq.   #10099
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Pro Se
Attorney for Debtors

**APPROVED / DISAPPROVED**

By:_____
Kathleen A. Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).
\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
\_\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_x\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order       \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_x\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order       \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order       \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order       \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor